UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:07–bk–12883–CPM
Chapter 7

Bridgett Burge
5000 Culbreath Key Way #4301
Tampa, FL 33611

_____Debtor*_____/

## NOTICE OF CONVERSION OF CASE TO CHAPTER 7

THIS CASE came on for consideration upon the Motion/Notice to Convert filed by the Debtor on July 6, 2009 . The Court having considered the record, entered an Order Governing Procedures After Conversion to Chapter 7 Case. Pursuant to Fed. R. Bankr. P. 2002(a), the Clerk shall give notice of the following:

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for August 26, 2009 at 04:00 PM in Room 100–A, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602 at which time the Debtor and the attorney of record shall appear in person. The 341 meeting may be adjourned from time to time without further written notice.

2. The U.S. Trustee has appointed the Interim Trustee:

V John Brook
2520 ML King Street North
Saint Petersburg, FL 33704

3. CLAIMS – The court has set the "Deadline to File a Proof of Claim" as November 24, 2009 . A Proof of Claim is a signed statement describing a creditor's claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" provided above, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the Debtor. Claims should be filed on a form officially prescribed for a Proof of Claim. A Proof of Claim form may be obtained from the Clerk's office of any Bankruptcy Court or the Court's web site at www.flmb.uscourts.gov/forms/default.htm. Copies of supporting documents; such as statements of account, invoices, etc. should be attached to the Proof of Claim form. A claim may be filed in person, or mailed to, the Clerk of this Court.

4. October 26, 2009 , is fixed as the last day for filing a complaint objecting to the discharge of the Debtor and for filing a complaint to determine the dischargeability of certain debts. If no objection to the discharge of the Debtor is filed on or before the last day fixed as stated above, the Debtor will be granted a discharge. If no complaint to determine the dischargeability of the debt under Bankruptcy Code § 523(a) is filed within the time fixed as stated above, the debt may be discharged.

DATED on July 22, 2009 .

FOR THE COURT
Lee Ann Bennett , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.